United States Bankruptcy Court
District of Nevada

In re:  
SAMUEL ALEJANDRO SANTOS-CRUZ  
DAISY BERENICE NAVARRO  
    Debtors

Case No. 25-16797-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 12, 2025      Form ID: 309A      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | SAMUEL ALEJANDRO SANTOS-CRUZ, DAISY BERENICE NAVARRO, 8350 W DESERT INN ROAD APT #1001, LAS VEGAS, NV 89117-9110 |
| 12778938 | + | Credit Corp Solutions, c/o Joseph Dinoia, Esq., 7271 W Charleston Blvd #100, Las Vegas, NV 89117-1686 |
| 12778958 | + | Tuitionopts, Acct No xxx6341, Po Box 387, Marlton, NJ 08053-0387 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | Nov 13 2025 04:44:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | + | Email/Text: robert.atkinson@txitrustee.com | Nov 13 2025 04:44:00 | ROBERT E. ATKINSON, 376 E WARM SPRINGS RD STE 130, LAS VEGAS, NV 89119-4262 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Nov 13 2025 04:45:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12778923 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2025 05:00:48 | Affirm, Inc., Acct No xxxx6ZAZ, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12778924 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 13 2025 04:44:00 | Aspire Credit Card, Acct No xxxxxxxxxxxx9759, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 12778925 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 13 2025 04:44:00 | Bank of Missouri/Fortiva, Acct No 8894, P.O.Box 650721, Dallas, TX 75265-0721 |
| 12778926 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 13 2025 04:44:40 | Caine & Weiner, Acct No xxxx6003, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 12778927 | + | EDI: CAPITALONE.COM | Nov 13 2025 09:39:00 | Cap1/kohls Dept Store, Acct No xxxxxxxxxxxx2440, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 12778928 | + | EDI: CAPITALONE.COM | Nov 13 2025 09:39:00 | Capital One, Acct No xxxxxxxxxxxx0761, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12778930 | + | EDI: CAPITALONE.COM | Nov 13 2025 09:39:00 | Capital One, Acct No xxxxxxxxxxxx8262, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12778929 | + | EDI: CAPITALONE.COM | Nov 13 2025 09:39:00 | Capital One, Acct No xxxxxxxxxxxx4316, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 309A | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 12778931 | + | EDI: CAPITALONE.COM | Nov 13 2025 09:39:00 | Capital One, Acct No xxxxxxxxxxxx0139, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12778932 | + | EDI: CAPONEAUTO.COM | Nov 13 2025 09:39:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxx1001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12778933 | | Email/Text: AOBusOfc@clarkcountynv.gov | Nov 13 2025 04:45:00 | Clark County Assessor, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551401, Las Vegas, NV 89155-1401 |
| 12778934 | | Email/Text: Trbank@clarkcountynv.gov | Nov 13 2025 04:45:00 | Clark County Treasurer, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-1220 |
| 12778935 | + | EDI: WFNNB.COM | Nov 13 2025 09:39:00 | Comenity Bk/Ulta, Acct No xxxxxxxxxxxx3669, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 12778936 | + | Email/Text: bankruptcy@credencerm.com | Nov 13 2025 04:45:00 | Credence Resource Management, LLC, Acct No xxxxx5902, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 12778937 | + | EDI: CCS.COM | Nov 13 2025 09:39:00 | Credit Collection Services, Acct No xxxx9885, Attn: Bankruptcy, 725 Canton St,, Norwood, MA 02062-2609 |
| 12778939 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 04:50:30 | Credit One Bank, Acct No xxxxxxxxxxxx5749, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12778941 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2025 04:45:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx0077, Po Box 82561, Lincoln, NE 68501-2561 |
| 12778940 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2025 04:45:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx0177, Po Box 82561, Lincoln, NE 68501-2561 |
| 12778942 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2025 04:45:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx5779, Po Box 82561, Lincoln, NE 68501-2561 |
| 12778943 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2025 04:45:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx5879, Po Box 82561, Lincoln, NE 68501-2561 |
| 12778944 | + | EDI: NEVDETR | Nov 13 2025 09:39:00 | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 12778945 | ^ | MEBN | Nov 13 2025 04:43:18 | Diverse Funding, Acct No xxxxxxxxxxxx8894, Attn: Bankruptcy, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 12778946 | | EDI: CALTAX.COM | Nov 13 2025 09:39:00 | Franchise Tax Board, Bankruptcy Section, MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 12778947 | + | EDI: PHINGENESIS | Nov 13 2025 09:39:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 12778949 | + | EDI: IRS.COM | Nov 13 2025 09:39:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12778950 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 04:50:41 | LVNV Funding LLC/Resurgent Capital Servi, Acct No xxxxxxxxxxxx5282, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12778951 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2025 04:45:00 | Midland Credit Mgmt, Acct No xxxxx7081, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 12778952 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | | |

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 309A | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 13 2025 04:45:00 | Nevada Department of Taxation, Bankruptcy Section, 700 E. Warm Springs Rd. Ste 200, Las Vegas, NV 89119-4311 |
| 12778953 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 13 2025 04:45:00 | Santander Bank, Acct No xxxxxxxxxxxxx1000, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 12778954 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 13 2025 04:45:00 | Social Security Administration, Office of the General Counsel, Office of Program Litigation Attn: Bankr, 6401 Security Boulevard, Baltimore, MD 21235-0001 |
| 12778955 | + | EDI: AZDEPREV.COM | Nov 13 2025 09:39:00 | State of Arizona, 1600 W. Monroe, Phoenix, AZ 85007-2612 |
| 12778956 | | Email/Text: collections.pacer@twc.texas.gov | Nov 13 2025 04:45:00 | Texas Workforce Commission, Regulatory Integrity Division - SAU, Room 556, 101 E. 15th Street, Austin, TX 78778-0001 |
| 12778957 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 13 2025 04:45:00 | Toyota Financial Services, Acct No xxxxxxxF665, PO BOX 5855, Carol Stream, IL 60197-5855 |
| 12778959 | + | Email/Text: bankruptcynotices@sba.gov | Nov 13 2025 04:45:00 | U.S. Small Business Administration, Office of General Counsel, 312 N. Spring St., 5th Floor, Los Angeles, CA 90012 |
| 12778960 | + | Email/Text: usanv.ecf-bk@usdoj.gov | Nov 13 2025 04:45:00 | United States Attorney's Office, ATTN: Civil Process Clerk, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101-6521 |
| 12778961 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Nov 13 2025 04:45:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12778962 | + | EDI: VERIZONCOMB.COM | Nov 13 2025 09:39:00 | Verizon Wireless, Acct No xxxxxxxxxx0001, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 12778963 | + | EDI: WFFC2 | Nov 13 2025 09:39:00 | Wells Fargo Bank NA, Acct No xxxxxxxxxxxx1399, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 12778964 | + | EDI: WFHOME | Nov 13 2025 09:39:00 | Wells Fargo Personal Lines & Loan, Acct No xxxxxxxxxxxxx0001, Attn: Bankruptcy, 1 Home Campus Macx2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12778948 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025            Signature:     /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | SAMUEL ALEJANDRO SANTOS–CRUZ<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8669<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | DAISY BERENICE NAVARRO<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8777<br>__–_____ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: | 7   11/11/25 |
| Case number: | 25–16797–abl | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | SAMUEL ALEJANDRO SANTOS–CRUZ | DAISY BERENICE NAVARRO |
| 2. | **All other names used in the last 8 years** | | aka DAISY BERENICE SANTOS |
| 3. | **Address** | 8350 W DESERT INN ROAD APT #1001<br>LAS VEGAS, NV 89117 | 8350 W DESERT INN ROAD APT #1001<br>LAS VEGAS, NV 89117 |
| 4. | **Debtor's attorney**<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | Contact phone 702–715–0000<br>Email: help@bkvegas.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT E. ATKINSON<br>376 E WARM SPRINGS RD STE 130<br>LAS VEGAS, NV 89119 | Contact phone 702 617–3200 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

Debtor  **SAMUEL ALEJANDRO SANTOS–CRUZ**  and  **DAISY BERENICE NAVARRO**                                    Case number **25–16797–abl**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 11/11/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 10, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information, go to www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 345 988 8172, and Passcode 5744209853, OR call 1 725 237 1880** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/9/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**